THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 18, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

William Stewart,                                    Case No. 13-30905-beh

Debtor.                                             Chapter 13 Bankruptcy

## ORDER DISMISSING CASE

An order for relief under 11 USC Chapter 13 was entered in the case of the Debtor named above, a subsequent motion to dismiss the case was filed pursuant to 11 USC Sec. 1307 (c), and it was determined after notice and a hearing on the motion, or no hearing having been held in the absence of an objection or request for hearing, that the case should be dismissed for the following reasons:

Failure to provide the Chapter 13 Trustee with copies of the 2015 State and Federal income tax returns.

Failure to pay the Office of the Chapter 13 Trustee one-half of the net 2015 tax refunds, if any, or file an amended plan to provide for those refunds.

Failure to file an amended feasible plan.

IT IS HEREBY ORDERED:

1. The case of the Debtor is hereby dismissed.

2. The Trustee is authorized to distribute funds being held in this case pursuant to the confirmed Plan as and for adequate protection for the creditors.
#####

Page 1 of 1