```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                           Case No. 13-30905-beh
William Stewart                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2          User: amb                Page 1 of 2       Date Rcvd: Oct 18, 2016
                              Form ID: pdfhrg          Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db             +William Stewart,    23490 126th St.,    Trevor, WI 53179-9478
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr             +PNC Bank, National Association,    c/o Gray & Associates, LLC,    16345 Glendale Dr,
                 New Berlin, WI 53151-2841
cr             +PNC Mortgage, a division of PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
8473387        +AES/CIT ED,    Attn: Bankruptcy Dept.,    1200 N 7Th St,    Harrisburg, PA 17102-1419
8489186       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, Texas   76096)
8520250        +CIT EDUCATION LOAN T,   AMERICAN EDUCATION SERVICES,    PO BOX 8183,    HARRISBURG, PA 17105-8183
9171352        +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
8473392        +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
8473393        +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
8473386        +GM Financial,    Attn: Bankruptcy Dept.,    Po Box 181145,    Arlington, TX 76096-1145
8473384        +Gray & Associates,    Attn: Bankruptcy Department,    16345 West Glendale Dr.,
                 New Berlin, WI 53151-2841
8473383        +Kenosha County Circuit Court,    Doc#2011cv002874,    912 56th Street,    Kenosha, WI 53140-3736
8473406        +Kimberly Stewart,    Attn: Bankruptcy Dept.,    23490 126th Street,    Trevor, WI 53179-9478
8473398        +Kohn Law Firm,    Attn: Bankruptcy Department,    735 N Water St. Ste 1300,
                 Milwaukee, WI 53202-4106
8473401        +National Credit Adjusters,    Bankruptcy Department,    PO Box 3023,    327 W. 4th Street,
                 Hutchinson, KS 67501-4842
8653729        +PNC Bank, National Association,    Attn: Bankruptcy Departmeny,    3232 Newmark Drive,
                 Mianisburg, OH 45342-5421
8473382        +PNC Mortgage,    Attn: Bankruptcy Dept.,    6 N Main St,    Dayton, OH 45402-1908
8473399        +Racine County Clerk,    Doc#2013sc001124,    730 Wisconsin Avenue,    Racine, WI 53403-1238
8473394        +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19022-1023
8473381        +US DEPT OF ED/Glelsi,    Attn: Bankruptcy Dept.,    Po Box 7860,    Madison, WI 53707-7860
8532896         US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
8473403        +WI Dept of Children & Families,    Bankruptcy Dept,    201 E Washington Ave, 2nd fl,
                 Madison, WI 53703-2866
8518576         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
8473405        +Williams and Fudge Inc,    Attn: Bankruptcy Dept.,    300 Chatham Ave,    PO BOx 11590,
                 Rock Hill, SC 29731-1590
8598353         Wisconsin Department of Revenue,    Attn: Special Procedures, MS 4-SPU,    PO BOX 8901,
                 Madison WI 53708-8901
8473404        +Wisconsin Dept. of Revenue,    Bankruptcy Notice,    2135 Rimrock Road,    #4-206,
                 Madison, WI 53713-1443
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2016 01:35:47      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
8494730        +E-mail/Text: bo@capella.edu Oct 19 2016 01:21:45      Capella University,    Capella Tower,
                 225 South 6th Street, 9th Floor,    Minneapolis, MN 55402-4319
8473400        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 19 2016 01:21:45      CashNetUSA.com,
                 Bankruptcy Department,    200 W. Jackson Blvd. #1400,    Chicago, IL 60606-6929
8473397        +E-mail/Text: bankruptcy@cottonwoodfinancial.com Oct 19 2016 01:22:20      Cottonwood Financial,
                 Attn: Bankruptcy Dept.,    1901 Gateway Drive #200,    Irving, TX 75038-2425
8520074        +E-mail/Text: bankruptcy@cottonwoodfinancial.com Oct 19 2016 01:22:20
                 Cottonwood Financial Wisconsin, LLC,    1901 Gateway Drive, Suite 200,    Irving, TX 75038-2425
8529572         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2016 01:23:26      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
9296464         E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:35:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
8473396        +E-mail/Text: DL-ICOMSBankruptcy@charter.com Oct 19 2016 01:23:37      Time Warner Cable,
                 Bankruptcy Department,    3140 W. Arrowood Rd.,    Charlotte, NC 28273-0001
8473395         E-mail/Text: Bankruptcy-Notifications@we-energies.com Oct 19 2016 01:21:59      WE Energies,
                 Elaine,    333 W. Everett Street,    Room A130,    Milwaukee, WI 53203
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
8473390*       +AES/CIT ED,    Attn: Bankruptcy Dept.,    1200 N 7Th St,    Harrisburg, PA 17102-1419
8473391*       +AES/CIT ED,    Attn: Bankruptcy Dept.,    1200 N 7Th St,    Harrisburg, PA 17102-1419
8473388*       +AES/CIT ED,    Attn: Bankruptcy Dept.,    1200 N 7Th St,    Harrisburg, PA 17102-1419
8473389*       +AES/CIT ED,    Attn: Bankruptcy Dept.,    1200 N 7Th St,    Harrisburg, PA 17102-1419
```

```
District/off: 0757-2            User: amb              Page 2 of 2            Date Rcvd: Oct 18, 2016
                                Form ID: pdfhrg        Total Noticed: 36
8473402        ##+Bennet Law,    Attn: Bankruptcy Dept.,    10542 S. Jordan Gateway,    Suite 200,
                  South Jordan, UT 84095-4182
8473385        ##+Kimberly Stewart,    23490 126th Street,    Trevor, WI 53179-9478
                                                                           TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
          Andrew M. Golanowski    on behalf of Debtor William   Stewart wal@geracilaw.com
          Jay J. Pitner    on behalf of Creditor    PNC Bank, National Association
           bknotices@gray-law.com;bknotice@gmail.com
          Kathryn Kay MacKenzie    on behalf of Debtor William   Stewart wal@geracilaw.com
          Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com,
           mgwi_ecf@trustee13.com
          Mary B. Grossman    ecf@chapter13milwaukee.com,   mgwi_ecf@trustee13.com
          Michael Edward Holsen    on behalf of Debtor William   Stewart wal@geracilaw.com
          Office of the U. S. Trustee   ustpregion11.mi.ecf@usdoj.gov
                                                                          TOTAL: 7
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 18, 2016



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

William Stewart,　　　　　　　　　　　Case No. 13-30905-beh

　　Debtor.　　　　　　　　　　　　　Chapter 13 Bankruptcy

**ORDER DISMISSING CASE**

　　An order for relief under 11 USC Chapter 13 was entered in the case of the Debtor named above, a subsequent motion to dismiss the case was filed pursuant to 11 USC Sec. 1307 (c), and it was determined after notice and a hearing on the motion, or no hearing having been held in the absence of an objection or request for hearing, that the case should be dismissed for the following reasons:

　　Failure to provide the Chapter 13 Trustee with copies of the 2015 State and Federal income tax returns.

　　Failure to pay the Office of the Chapter 13 Trustee one-half of the net 2015 tax refunds, if any, or file an amended plan to provide for those refunds.

　　Failure to file an amended feasible plan.

　　IT IS HEREBY ORDERED:

　　1. The case of the Debtor is hereby dismissed.

　　2. The Trustee is authorized to distribute funds being held in this case pursuant to the confirmed Plan as and for adequate protection for the creditors.

#####

Page 1 of 1