```
                           United States Bankruptcy Court
                            Eastern District of Wisconsin
```

In re:                                                         Case No. 13-30905-beh
William Stewart                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2          User: amb              Page 1 of 1              Date Rcvd: Dec 27, 2016
                              Form ID: pdf6          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db              +William Stewart,    23490 126th St.,    Trevor, WI 53179-9478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              Andrew M. Golanowski    on behalf of Debtor William  Stewart wal@geracilaw.com
              Jay J. Pitner     on behalf of Creditor    PNC Bank, National Association
               bknotices@gray-law.com;bknotice@gmail.com
              Kathryn Kay MacKenzie    on behalf of Debtor William  Stewart wal@geracilaw.com
              Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com,
               mgwi_ecf@trustee13.com
              Mary B. Grossman     ecf@chapter13milwaukee.com,  mgwi_ecf@trustee13.com
              Michael Edward Holsen    on behalf of Debtor William  Stewart wal@geracilaw.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: WILLIAM STEWART            §       Case No. 13-30905
                                  §
                                  §
                                  §
        Debtor(s)                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary B. Grossman, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/12/2013.

2) The plan was confirmed on 02/20/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/04/2015, 09/01/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/19/2015, 06/08/2016.

5) The case was dismissed on 10/18/2016.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,725.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 31,230.00 |
| Less amount refunded to debtor(s) | $ 0.00 |
| **NET RECEIPTS** | $ 31,230.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,258.33 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,758.33 |

Attorney fees paid and disclosed by debtor(s):   $ 2,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,500.00 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 18,725.00 | 2,380.00 | 2,380.00 | 2,380.00 | 105.98 |
| PNC BANK, N.A. | Sec | 37,133.00 | 36,752.26 | 36,752.26 | 22,901.48 | 0.00 |
| WI DEPARTMENT OF CHILDREN & | Pri | 15,131.00 | NA | NA | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Pri | 226.00 | 74.79 | 74.79 | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Uns | 0.00 | 151.00 | 151.00 | 0.00 | 0.00 |
| WI SCTF | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK, NA | Sec | 0.00 | 8,029.61 | 8,029.61 | 0.00 | 0.00 |
| ECMC | Uns | 39,934.00 | 40,392.17 | 40,392.17 | 0.00 | 0.00 |
| BENNETT LAW | Uns | 373.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,122.00 | 1,121.16 | 1,121.16 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 3,127.00 | 3,035.23 | 3,035.23 | 0.00 | 0.00 |
| EQUIFAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXPERIAN INC, CONSUMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| TRANSUNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 14,015.00 | 14,730.89 | 14,730.89 | 0.00 | 0.00 |
| WE ENERGIES | Uns | 572.00 | 572.67 | 572.67 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILLIAMS & FUDGE INC | Uns | 3,800.00 | NA | NA | 0.00 | 0.00 |
| CAPELLA UNIVERISTY INC - | Uns | 0.00 | 3,800.00 | 3,800.00 | 0.00 | 0.00 |
| PNC BANK, N.A. | Sec | 0.00 | 14,178.43 | 14,178.43 | 3,084.21 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 50,930.69 | $ 25,985.69 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,409.61 | $ 2,380.00 | $ 105.98 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 61,340.30 | $ 28,365.69 | $ 105.98 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 74.79 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 74.79 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 63,803.12 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,758.33 |
| Disbursements to Creditors | $ 28,471.67 |
| **TOTAL DISBURSEMENTS:** | $ 31,230.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 12/27/2016         By: /s/ Mary B. Grossman
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)