THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 8, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
WILLIAM STEWART,

Debtor.

Chapter 13
Case No. 13-30905-BEH

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, RELEASING BOND OF TRUSTEE AND CLOSING ESTATE - CASE DISMISSED

The Trustee reported that she received $31,230.00; that she disbursed said funds to creditors, the attorney for the debtor, the debtor and the trustee; and that the case has been fully administered in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

The debtor defaulted in carrying out the terms of the Plan and an Order was entered dismissing the case.

NOW THEREFORE,

IT IS ORDERED that the trustee's fees and expenses are allowed retroactively; that the Final Account is approved; that the trustee is discharged; that the trustee's bond is released; and that this file be closed.

#####